# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Dennis Robert Brady <br> *Petitioner* <br> v. <br> Acting Warden W. Vereen <br> *Respondent* | ) <br> ) <br> ) Civil Action No. 4:19-cv-989-MGL <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: This Petition is dismissed. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: September 5, 2019

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*